1  **ROBINSON, CALCAGNIE & ROBINSON**
   620 Newport Center Drive, Suite 700
2  Newport Beach, California  92660
   Telephone: (949) 720-1288
3  Facsimile: (949) 720-1292

4

5  Attorneys for Plaintiff, Joyce M. Hayes

6

7

8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

12

13  _____          )   **CASE NO.  C06- 02951 (CRB)**
    **IN RE: BEXTRA AND CELEBREX**           )
14  **MARKETING SALES PRACTICES AND**        )   **MDL NO. 1699**
    **PRODUCT LIABILITY LITIGATION**         )   **District Judge:  Charles R. Breyer**
15  _____          )
                                             )
16                                           )
                                             )
17  **JOYCE M. HAYES,**                      )   **STIPULATION AND ORDER OF**
                                             )   **DISMISSAL WITH PREJUDICE**
18          **Plaintiff,**                   )
                                             )
19  **vs.**                                  )
                                             )
20  **G.D. SEARLE & CO., PHARMACIA**         )
    **CORPORATION; MONSANTO**                )
21  **COMPANY, a Delaware corporation;**     )
    **PFIZER, INC., a Delaware**             )
22  **corporation,**                         )
                                             )
23          **Defendants.**                  )
                                             )
24  _____          )

25

26
        Come now the Plaintiff, **Joyce M. Hayes** and Defendants, by and through the
27
    undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby
28
                                        -1-

        **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
    EAST\42531961.1

1 | stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys'

2 | fees and costs.

3

4

5 | DATED: September 1, 2009          ROBINSON, CALCAGNIE & ROBINSON

6 |                                   By: *Mark P. Robinson, Jr.*

7 |                                       MARK P. ROBINSON, JR.
                                          Attorneys for Plaintiff Joyce M. Hayes

8

9 | DATED:   Oct. 22   , 2009          DLA PIPER LLP (US)

10

11 |                                   By:   /s/
                                             Matt Holian
                                             Attorneys for Defendants

12

13

14 | **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**

15 | **IT IS SO ORDERED.**

16

17 | Dated: OCT 2 8 2009

18 |                                   Hon. Charles R. Breyer
                                       United States District Court

19

20

21

22

23

24

25

26

27

28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42531961.1